# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1744
Lower Tribunal No. 2018-CF-002587

_____

FEDERICO GONDOLA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Emily Ross-Booker, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED